RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Thomas Martinez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00135-GMN-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| THOMAS MARTINEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Tina Marie Snellings, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Thomas Martinez, that the Revocation Hearing currently scheduled on March 18, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to conduct investigation in this case.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1   This is the first request for a continuance of the revocation hearing.

2   DATED this 17th day of March, 2025.

| RENE L. VALLADARES | SUE FAHAMI |
|---|---|
| Federal Public Defender | Acting United States Attorney |
| | |
| By /s/ *Benjamin F. J. Nemec* | By /s/ *Tina Marie Snellings* |
| BENJAMIN F. J. NEMEC | TINA MARIE SNELLINGS |
| Assistant Federal Public Defender | Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>THOMAS MARTINEZ,<br><br>        Defendant. | Case No. 2:20-cr-00135-GMN-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, March 18, 2025 at 3:00 p.m., be vacated and continued to June 27, 2025 at the hour of 9:00 a.m.

DATED this 17 day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE