RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joanne_Diamond@fd.org

Attorney for Thomas Martinez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>THOMAS MARTINEZ,<br><br>         Defendant. | Case No. 2:20-cr-00135-GMN-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Tina Marie Snellings, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Thomas Martinez, that the Revocation Hearing currently scheduled on June 25, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.    Defense counsel recently made her appearance in this case after Mr. Martinez's former counsel left the Federal Public Defender's Office.

2. Defense counsel needs additional time to review discovery and meet with Mr. Martinez to determine if this case will resolve via negotiations or proceed to a contested revocation hearing.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED June 23, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By /s/ Joanne L. Diamond<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By /s/ Tina Marie Snellings<br>TINA MARIE SNELLINGS<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS MARTINEZ,<br><br>    Defendant. | Case No. 2:20-cr-00135-GMN-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, June 25, 2025 at 9:00 a.m., be vacated and continued to September 23, 2025 at the hour of 9:00 a.m.

DATED this 23 day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE