RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Thomas Martinez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS MARTINEZ,<br><br>　　　　　　Defendant. | Case No. 2:20-cr-00135-GMN-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Tina Marie Snellings, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Thomas Martinez, that the Revocation Hearing currently scheduled on September 23, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

　　　This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to review discovery and meet with Mr. Martinez to determine if this case will resolve via negotiations or proceed to a contested revocation hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED September 8, 2025.

RENE L. VALLADARES  
Federal Public Defender

SIGAL CHATTAH  
Acting United States Attorney

By */s/ Joanne L. Diamond*  
JOANNE L. DIAMOND  
Assistant Federal Public Defender

By */s/ Tina Marie Snellings*  
TINA MARIE SNELLINGS  
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS MARTINEZ,<br><br>　　　　Defendant. | Case No. 2:20-cr-00135-GMN-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, September 23, 2025 at 9:00 a.m., be vacated and continued to <u>January 7, 2026</u> at the hour of 10:00 a.m.

DATED this <u>9</u> day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE

3