UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>THOMAS MARTINEZ,<br><br>        Defendant. | Case No. 2:20-cr-00135-GMN-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for January 7, 2026 at 10:00 a.m., be vacated and continued to April 10, 2026 at the hour of 10:00 a.m.

DATED this 16 day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE